AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

**ORIGINAL**

| | |
|---|---|
| United States Department of Agriculture ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:25-cv-00221-LEW |
| SIMMIE M. BUTTS III ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SIMMIE M. BUTTS III
37 DEERING ROAD
GORHAM ME 04038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin J Crosman, Esq.
Jensen Baird Gardner & Henry,
Ten Free Street,
P.O. Box 4510,
Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 6, 2025

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-00221-LEW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Simmie Maurice Butts III___
was received by me on *(date)* ___05/27/2025___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* ___Melissa Butts (Wife)___, a person of suitable age and discretion who resides there,
on *(date)* ___05/28/2025___, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

Admin 25
Postage .93      91.93

My fees are $ ~~$46~~ 26 for travel and $ 4/0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ___05/28/2025___                    ___/s/ V. Butt___
                                          Server's signature

                                          Vinal Thompson III
                                          Printed name and title

                                          36 County Way, Portland ME
                                          Server's address

Additional information regarding attempted service, etc: