UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>SIMMIE M. BUTTS, III,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>2:25-CV-00221-LEW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties were unable to resolve the matter through mediation and are awaiting the court's scheduling order.

Dated this March 16, 2026.

                                                 /s/ *Kevin J. Crosman*
                                               Kevin J. Crosman, Bar No. 4279
                                               Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Simmie Butts III
38 Deering Road
Gorham, ME

Dated at Portland, Maine, this March 16, 2026.

/s/ *Kevin J. Crosman*

Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff